La Autoridad de las Fuentes Fluviales de Puerto Rico y The Federal Land Bank of Baltimore, recurrentes, *v.* El Registrador de la Propiedad de Utuado, recurrido.

Núm. 1183.—*Sometido:* Marzo 25, 1946. *Resuelto:* Abril 30, 1946.

*C. Domínguez Rubio,* abogado de los recurrentes; el registrador recurrido compareció por escrito.

EL JUEZ ASOCIADO SEÑOR SNYDER emitió la opinión del tribunal.

Se solicitó del Registrador que inscribiera una escritura en la que los dueños de una finca constituían una servidumbre a favor de la Autoridad de Fuentes Fluviales de Puerto Rico para tender líneas eléctricas a través de la finca, la cual estaba sujeta a una hipoteca a favor del Federal Land Bank. La hipoteca disponía que "el deudor hipotecario se compromete a no constituir sobre la finca ninguna servidumbre sin el consentimiento por escrito del Banco acreedor". Frank Martínez compareció en la escritura de constitución de servidumbre a nombre del acreedor hipotecario consintiendo en que se constituyera la servidumbre. El Registrador se negó a inscribir la escritura por el fundamento de que el poder autorizando a Martínez a actuar por el Banco no lo autoriza a consentir en la imposición de una servidumbre.

El poder autoriza a Martínez a " . . . To release and satisfy of record or otherwise real estate mortgages or other obligations taken by the Federal Land Bank of Baltimore in the conduct of its business in the Island of Puerto Rico . . .". El Registrador alega que esto no cubre el caso ante nos toda vez que no autoriza a Martínez expresamente a constituir una servidumbre.

Creemos que erró el Registrador ya que Martínez no constituyó una servidumbre. La constituyeron los dueños de la finca. Lo que hizo Martínez fué descargar al deudor de su obligación de no constituir una servidumbre sin el consentimiento del Banco. Era suficiente el poder a estos fines ya que autorizaba a Martínez a "release . . . obligations taken by the Federal Land Bank . . .".

*La nota del Registrador será revocada y se le ordenará que inscriba la escritura de constitución de servidumbre.*